# In the United States Court of Federal Claims

No. 22-1827

Filed: April 3, 2023

|  |  |
|---|---|
| TRENT MATHEW THACHER, | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| *Defendant*. | ) |
|  | ) |

## ORDER

As the Court explained in its February 7, 2023 Order, the Court has been unable to contact Plaintiff in this case since his release from jail on December 31, 2022. *See* ECF No. 12. In that Order, the Court stated that it would dismiss this action for failure to prosecute under Rule 41(b) if Plaintiff had not updated the Court and the Government with his current address by March 24, 2023. *Id*.

The Court has not received any update regarding Plaintiff's contact information. Therefore, the Court DISMISSES this action pursuant to Rule 41(b). This dismissal does not operate as an adjudication on the merits and shall be without prejudice. The Clerk is hereby directed to enter judgment consistent with this Order.

IT IS SO ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge